IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL RETTENMEYER,**

    **Plaintiff,**

**v.**                                      **CASE NO. 3:25-cv-00648-KM**

**LVNV FUNDING, LLC,**

    **Defendant.**

_____/

## **JOINT NOTICE OF SETTLMENT**

Plaintiff, Michael Rettenmeyer and Defendant LVNV Funding, LLC, submit this Joint Notice of Settlement and state that Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

| | |
|---|---|
| **FREEMAN LAW** | **MESSER STRICKLER BURNETTE, LTD** |
| */s/ Brett Freeman* | */s/ Lauren M. Burnette* |
| BRETT FREEMAN, ESQUIRE | LAUREN M. BURNETTE, ESQUIRE |
| PA Bar No. 308834 | PA Bar No. 92412 |
| 606 Hamlin Highway Suite 2 | 1200 Riverplace Blvd. |
| Lake Ariel, PA 18436 | Suite 105, #1558 |
| 570-589-0010 | Jacksonville, FL 32207 |
| brett@freeman.law | ☎ (904) 892-6369 |
| *Counsel for Plaintiff* | 📠 (904) 298-8350 (fax) |
| | lburnette@messerstrickler.com |
| | |
| | ANDREW M. SCHWARTZ, ESQUIRE |
| | PA Bar No. 79427 |
| | 935 E. Lancaster Ave., #1003 |
| | Downingtown, PA 19335 |
| | ☎ (320) 434-9664 |
| | 📠 (312) 334-3474 (fax) |
| | aschwartz@messerstrickler.com |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on April 14, 2025, a true copy of the foregoing document was served on all unrepresented parties and all counsel of record by electronic service or US Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:  */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
1200 Riverplace Blvd.
Suite 105, #1558
Jacksonville, FL 32207
☏ (904) 892-6369
📠 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com

ANDREW M. SCHWARTZ, ESQUIRE
PA Bar No. 79427
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☏ (320) 434-9664
📠 (312) 334-3474 (fax)
✉ aschwartz@messerstrickler.com
*Counsel for Defendant*

Dated: April 14, 2025